**Fill in this Information to identify the case:**

| Debtor 1 | James | C | Edwards |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia
Case number:   16-12433

FILED
MAILROOM

2023 MAR -6 PM 2:46

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

**Form 1340 edva (10/22)**
# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 5047.96 |
|---|---|
| Claimant's Name: | Dynasty Asset Recovery Services LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3755 N Josey Ln #117220, Carrollton, Texas 75011<br>469-702-1976<br>dana@dynastyassetrecovery.com |
| Brief History of Creditor/Claimant from the filing of the proof of claim to the present. (Attach additional sheets if necessary). | James C Edwards was a Debtor in case 16-12433 dismissed 5/26/20. Trustee attempted to mail check in amount of $5,047.96 which remained uncashed. On 4/9/21 these unclaimed funds were deposited into the Treasury. On 2/23/23, James C Edwards assigned funds to Dynasty Asset Recovery Services LLC, who is the Claimant. Copy of assignment, limited power of attorney and other supporting documents are attached. |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the Court. (Non-natural persons must be represented by an attorney admitted to the Bar of the Court.)

☑    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, acquisition, succession or by other means. (Non-natural persons must be represented by an attorney admitted to the Bar of the Court.)

☐    Applicant is Claimant's attorney.

☐    Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑    Applicant has read Eastern District of Virginia Local Bankruptcy Rule 3011-1 and the Court's instructions for filing an Application for Payment of Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/1/23 _____

_____
Signature of Applicant

Dana Williams, Managing Member
Printed Name of Applicant

Address:
Dynasty Asset Recovery Services LLC
3755 N Josey Ln #117220
Carrollton, Texas 75011

Telephone: 469-702-1976

Email: dana@dynastyassetrecovery.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:
_____
_____
_____
_____

Telephone: _____

Email: _____

**5. Notarization**
STATE OF _Texas_

COUNTY/CITY OF _Denton / Carrollton_

This Application for Payment of Unclaimed Funds, dated _3/1/23_ was subscribed and sworn to before me this _01st_ day of _March_, 20_23_ by

_Dana Williams_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)        Notary Public _____

My commission expires:
_12|01|2025_

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

**7. Notarization**
STATE OF _____

COUNTY/CITY OF _____

This Application for Payment of Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 ___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)        Notary Public _____

My commission expires:

## 8. Notice of Application

☑      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

Under Local Bankruptcy Rules 3011-1 (G) and 9013-1, unless a written response to this application and supporting memorandum are filed with the Clerk of Court and served on the moving party within 21 days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the application as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response and supporting memorandum to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.   The address for the Court is:

Alexandria Division
United States Bankruptcy Court
Eastern District of Virginia
200 S. Washington St.
Alexandria, VA 22314-5405

Newport News/Norfolk Divisions
U.S. Bankruptcy Court
Eastern District of Virginia
600 Granby Street, Room 400
Norfolk, VA 23510-1915

Richmond Division
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA  23219-1888

You must also mail a copy to the Applicant, the Office of the United States Attorney and the Office of the United States Trustee.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## 9. Certificate of Mailing to United States Attorney and United States Trustee

☑      On March ____ 2 ____ , 20 23 , Applicant has mailed copies of this application, notice of application and
supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 and Local
Bankruptcy Rule 3011-1 and to the Office of the United States Trustee pursuant to Local Bankruptcy
Rule 3011-1, at the following addresses:

Office of the United States Attorney

Justin W. Williams US Attorney's Bldg
2100 Jamieson Ave
Alexandria, VA 22314

Office of the United States Trustee
Alexandria Division
1725 Duke Street, Suite 650
Alexandria, VA 22314

_____
Signature of Applicant

Dana Williams_____
Printed Name of Applicant

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ____Alexandria____ Division

In re: James C Edwards

Case No.   16-12433
Chapter    13

;Debtor(s)

Plaintiff(s)

v.

Adversary Proceeding No.

Defendant(s)

### CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

| Name of Pro Se Party (Print or Type) | Name of Pro Se Party (Print or Type) |
|---|---|
| *(signature)* | |
| Signature of Pro Se Party | Signature of Pro Se Party |

Executed on: 3/1/23 _____ (Date)

[2090cdva ver. 09/17]

Case 16-12433-BFK    Doc 81    Filed 03/06/23    Entered 03/06/23 15:06:54    Desc Main
Document    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:

James C Edwards

Case # 16-12433-BFK

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                AMOUNT

JAMES C EDWARDS                          $5,047.96
11 High Street
Round Hill, VA  20141

Dated:        April 9, 2021            __/s/Thomas P. Gorman _____
                                              Thomas P. Gorman
                                              300 North Washington Street, Ste. 400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB#26421



3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY

### ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST
### IN BANKRUPTCY UNCLAIMED FUNDS

This Assignment Agreement (the "Agreement") is entered into February 8, 2023 (the "Effective Date") by and between Dynasty Asset Recovery Services LLC, (the "Assignee") and James Edwards ("the Assignor").

1.   Assignor is/was a Debtor in the Case Number 16-12433 as filed in the United States Bankruptcy Court, E.D. Virginia (the "Case"). As a Debtor in the Case, Assignor was entitled to distribution of funds in the amount of $5,047.96 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2.   Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3.   Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the Bankruptcy Case located at:

   Court: **United States Bankruptcy Court, E.D. Virginia**

   Debtor: **James Edwards**

   Case Number: **16-12433**

   Unclaimed Amount: **$5,047.96**

4.   Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5.   Service Fees:  Dynasty Asset Recovery Services LLC fee is 15% of the unclaimed funds balance recovered.

6.   This Assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

3755 N Josey Ln #117220
Carrollton, Texas 75011



# DYNASTY

## ASSET RECOVERY SERVICES

### ASSIGNMENT OF INTEREST

### IN BANKRUPTCY UNCLAIMED FUNDS, page 2

7.   Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part to any party.

8.   Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds the fulfillment of Assignors obligation(s) under this Agreement, Dynasty Asset Recovery Services LLC as its attorney-in-fact.

9.   This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, I have signed this ___23___ day of __February__. 20_23_, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_Joan L E Quinch_
11 High St                    **Client**                                        **Client**
Round Hill, VA 20141
_____                                _____
Current Address                                      Current Address


SUBSCRIBED AND SWORN TO BEFORE ME this _23rd_ day of __February__, 20_23_.

County of__Fairfax__

State of__Virginia__

Date of Commission Expires: _09/30/2024_

NAJIA HAYAT
NOTARY PUBLIC
MY COMMISSION NUMBER 7899811
COMMONWEALTH OF VIRGINIA

_____
Notary Public

**3755 N Josey Ln #117220**
**Carrollton, Texas 75011**



# D Y N A S T Y

### ASSET RECOVERY SERVICES

### LIMITED POWER OF ATTORNEY
### USED ONLY TO COLLECT FUNDS FROM THE BELOW REFERENCED CASE

I, James Edwards, hereby appoint Dana Williams on behalf of Dynasty Asset Recovery Services LLC whose current address is 3755 N Josey Ln #117220, Carrollton, Texas 75011, as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by United States Bankruptcy Court, E.D. Virginia, giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized hereby; as fully to all intents and purposes as the Grantor might or could do if personally present.

This Limited Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this ____23____ day of __February__. 20_23_, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_James C Edwards_
11 High St.                         _____
_____Client_____              _____Client_____
Round Hill, VA 20141
_____               _____
Current Address                     Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this _23rd_ day of _February_____, 20_23_.

County of __Fairfax____

State of ___Virginia____

Date of Commission Expires: _09/30/2024_

NAJIA HAYAT
NOTARY PUBLIC
MY COMMISSION NUMBER 7899811
COMMONWEALTH OF VIRGINIA

_____
Notary Public



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas**
Filing #: 804691157 08/18/2022
Document #: 1170746680002
Image Generated Electronically
for Web Filing

---

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Dynasty Asset Recovery Services LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:

**Dana    Williams**

C. The business address of the registered agent and the registered office address is:

Street Address:

**1930 E Hebron Pkwy #306    Carrollton  TX  75007**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **Dana    Williams**          Title: **Managing Member**

Address: **3755 N Josey Ln #117220    Carrollton  tx, USA  75011**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

## Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**3755 N Josey Ln #117220**
**Carrollton, tx 75011**
**USA**

## Organizer

The name and address of the organizer are set forth below.

**Frances Severe**     **2804 Gateway Oaks Dr # 100, Sacramento, Ca 95833**

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Frances Severe**

Signature of Organizer

FILING OFFICE COPY



● ● ●
**DYNASTY**
ASSET RECOVERY SERVICES

## CERTIFICATE OF LLC RESOLUTION

The undersigned Managing Member of Dynasty Asset Recovery Services LLC, an LLC duly organized under the laws of Texas (hereinafter, "The LLC"), hereby certify that the following resolutions were duly adopted by said Managing Member of the LLC on August 18, 2022 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Dana Williams is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by her as being in the best interest of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in her opinion, in the best interest of The LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the _21_ day of _September_, 20_22_.

_____

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Date: _9/21/22_

SUBSCRIBED AND SWORN TO BEFORE ME this _21st_ day of _September_ 20_22_ in the County of _Denton_, State of _Texas_.

_____
Notary Public

Date Commission Expires: _12-01-2025_

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025



**DYNASTY**
ASSET RECOVERY SERVICES

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 3/1/23

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Mailing Address:
3755 N Josey Lane #117220
Carrollton, Texas 75011

Physical Address:
1930 E Hebron Pkwy #306
Carrollton, Texas 75007

Phone:
(469) 702-1976

On 1st March 2023 before me, Katherine L. Isaacks personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal this 01st day of March 2023 in the County of Denton State of TEXAS

Signature of Notary Public

Date Commission Expires: 12/01/2025

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 13295963
My Comm. Expires 12-01-2025

3755 N Josey Ln #117220
Carrollton, Texas 75011



# D Y N A S T Y

ASSET RECOVERY SERVICES

3/2/2023

Clerk, US Bankruptcy Court E. D. of VA
200 S. Washington St.
Alexandria, VA 22314

RE:    James Edwards Unclaimed Funds from Bankruptcy Case 16-12433

My name is Dana Williams. I am the Managing Member of Dynasty Asset Recovery Services LLC in Carrollton, Texas and I am the successor claimant for the above-referenced matter.

Enclosed please find:

☑ Application for Payment of Unclaimed Funds

❏ Notice of Motion

❏ Proposed Order

☑ Form W-9

❏ Form AO 213/AO 213P

☑ Proof of Identity

☑ <u>Certificate of Mailing, Form 2090-1</u>, Assignment and Supporting Documentation

Please review these documents for processing and let me know if you need anything else.

Regards,

Dana Williams
Dynasty Asset Recovery Services LLC
dana@dynastyassetrecovery.com
469-702-1976

Enclosures