UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                    )
                                          )
JAMES C EDWARDS,                          )     Case No. 16-12433-BFK
                                          )     Chapter 13
                                          )
            Debtor.                       )
                                          )

**ORDER DISMISSING APPLICATION WITHOUT PREJUDICE**

On March 6, 2023, an Application for Payment of Unclaimed Funds was filed by Dynasty Asset Recovery Services, LLC. Docket No. 81. The Applicant/Claimant is an artificial entity and is not represented by counsel. Pursuant to Eastern District of Virginia Local Bankruptcy Rule 3011-1(B), claimants who are non-natural persons must be represented by an attorney admitted to the Bar of this Court. On April 5, 2023, the Court entered an Order (Docket No. 83) stating that the Application (Docket No. 81) will be denied without prejudice unless an attorney admitted to the Bar of this Court enters his or her appearance on behalf of the claimant in 14 days. No attorney has made such an appearance. Therefore, it is

ORDERED:

1. The Application (Docket No. 81) is dismissed without prejudice.

2. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Apr 20 2023                              /s/ Brian F Kenney
                                               The Honorable Brian F. Kenney
Alexandria, Virginia                           United States Bankruptcy Judge

                                               Entered On Docket: Apr 20 2023

1

<u>Copies to</u>:

James C. Edwards
11 High Street
Round Hill, VA 20141
*Debtor*

Dynasty Asset Recovery Services, LLC
3755 N Josey Ln #117220
Carrollton, Texas 75011
*Applicant*

Nathan A. Fisher, Esq.
3977 Chain Bridge Road, #2
Fairfax, VA 22030
*Counsel for Debtors*

Thomas P. Gorman, Esq.
300 N. Washington St., Suite 400
Alexandria, VA 22314
*Trustee*

Office of the U.S. Attorney
Justin W. Williams US Attorney's Bldg
2100 Jamieson Ave,
Alexandria, VA 22314

Office of the U.S. Trustee
Alexandria Division
1725 Duke Street, Suite 650
Alexandria, VA 22314